IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST, ET AL.<br>Plaintiff,<br><br>v.<br><br>GENTRY MASONRY CORPORATION, ET AL.<br><br>Defendant. | No. C 05 4366 CW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

---

Dated: 2/3/06        _____
                    Attorney for Plaintiff

Dated: 2/3/06        _____
                    Attorney for Defendant

IT IS SO ORDERED:

                    _____
Dated: 2/7/06       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPCSA.FRM                                        REV. 5/00