```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842
    Attorneys for Plaintiffs
 5
    Dennis Byrne, Esq.
 6  726 College Avenue
    Santa Rosa, CA  95404
 7  Telephone: (707) 571-1220
    Facsimile: (707) 575-5929
 8  Attorney for Defendant

 9

10

11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13

14
    TRUSTEES OF THE BRICKLAYERS            ) Case No. C 05 04366 CW
15  LOCAL 7 PENSION TRUST;                 )
    TRUSTEES OF THE SAN FRANCISCO          )
16  BRICKLAYERS LOCAL NO. 3                ) STIPULATION &
    HEALTH AND WELFARE TRUST;              ) ORDER TO CONTINUE
17  TRUSTEES OF THE BRICKLAYERS AND ALLIED ) CASE MANAGEMENT
    CRAFTS LOCAL NO. 3 APPRENTICE          ) CONFERENCE
18  TRAINING TRUST; TRUSTEES OF THE        )
    INTERNATIONAL UNION                    )
19  OF BRICKLAYERS AND ALLIED CRAFTWORKERS )
    PENSION FUND;  TRUSTEES OF THE MARBLE  )
20  FINISHERS AND SHOPWORKERS LOCAL NO. 7  )
    HEALTH AND WELFARE TRUST; and,         )
21  INTERNATIONAL UNION OF BRICKLAYERS     )
    AND ALLIED CRAFTWORKERS, AFL-CIO,      )
22  LOCAL NO. 3, on behalf of itself, and  )
    as agent for its members,              )
23                                         )
                                           )
24        Plaintiffs,                      )
                                           )
25  vs.                                    )
                                           )
26  GENTRY MASONRY CORPORATION, a          )
    California corporation;                )
27                                         )
          Defendant.                       )
28  _____)
```

Plaintiffs and Defendant, by and through their attorneys of record, do hereby stipulate to, and request entry of, an order continuing the case management conference currently scheduled for March 3, 2006 at 1:30 p.m. to March 24, 2006 at 1:30 p.m.

The parties have agreed on a settlement amount and Defendant has agreed to pay that amount in full in one payment. Defendant is not able to make that payment until March 6, 2006. The parties have agreed that a stipulation for entry of judgement will be submitted to the Court promptly after March 6, 2006 should Defendant not make the agreed payment in full by that date. In view of these circumstances, the parties wish to avoid the additional attorney's fees that would unnecessarily be incurred in connection with attending the case management conference currently scheduled for March 3, 2006 and preparing the joint statement required for that conference.

Respectfully Submitted,

| /s/ Kent Khtikian | /s/ Dennis Byrne |
|---|---|
| Kent Khtikian | Dennis Byrne |
| Attorney for Plaintiffs | Attorney for Defendant |

**Attestation Of Concurrence**

I, Kent Khtikian, declare that the attorney for Gentry Masonry Corporation has agreed to the Stipulation set forth above and that I have in my possession his signature on this document.
I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21st day of February 2006, in San Francisco, California.

/s/ Kent Khtikian
Kent Khtikian
Attorney for Plaintiffs

1 **ORDER**

2    IT IS HEREBY ORDERED that the case management conference
3 currently scheduled for March 3, 2006 at 1:30 p.m. shall be
4 continued to March 24, 2006 at 1:30 p.m. in Courtroom 2, 4th
5 Floor, 1301 Clay Street, Oakland, CA 94612.

6

7    2/22/06                    /s/ CLAUDIA WILKEN
                                 _____
8                                Hon. Claudia Wilken
                                       Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28