```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842
    Attorneys for Plaintiffs
 5
 6
 7
 8
                   UNITED STATES DISTRICT COURT
 9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
    TRUSTEES OF THE BRICKLAYERS            ) Case No. C 05 04366 CW
12  LOCAL 7 PENSION TRUST;                 )
    TRUSTEES OF THE SAN FRANCISCO          )  ORDER GRANTING
13  BRICKLAYERS LOCAL NO. 3                ) STIPULATION TO DISMISS
    HEALTH AND WELFARE TRUST;              ) ACTION
14  TRUSTEES OF THE BRICKLAYERS AND ALLIED ) [FRCP Rule 41(a)(1)]
    CRAFTS LOCAL NO. 3 APPRENTICE          )
15  TRAINING TRUST; TRUSTEES OF THE        )
    INTERNATIONAL UNION                    )
16  OF BRICKLAYERS AND ALLIED CRAFTWORKERS )
    PENSION FUND;  TRUSTEES OF THE MARBLE  )
17  FINISHERS AND SHOPWORKERS LOCAL NO. 7  )
    HEALTH AND WELFARE TRUST; and,         )
18  INTERNATIONAL UNION OF BRICKLAYERS     )
    AND ALLIED CRAFTWORKERS, AFL-CIO,      )
19  LOCAL NO. 3, on behalf of itself, and  )
    as agent for its members,              )
20                                         )
                                           )
21       Plaintiffs,                       )
                                           )
22  vs.                                    )
                                           )
23  GENTRY MASONRY CORPORATION, a          )
    California corporation;                )
24                                         )
         Defendant.                        )
25  _____)

26       Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)

27  Plaintiffs and Defendant, by and through their attorneys of

28  record, do hereby stipulate to the dismissal of this action, with
```

1  prejudice.

```
     /s/ Kent Khtikian                    /s/ Dennis Byrne
        Kent Khtikian                       Dennis Byrne
    Attorney for Plaintiffs            Attorney for Defendant
```

**Attestation Of Concurrence**

   I, Kent Khtikian, declare that the attorney for Gentry Masonry Corporation has agreed to the Stipulation set forth above and that I have in my possession his signature on this document.
   I declare under penalty of perjury that the foregoing is true and correct.
   Executed this 23rd day of March 2006, in San Francisco, California.

```
                                         /s/ Kent Khtikian
                                           Kent Khtikian
                                      Attorney for Plaintiffs
```

**IT IS SO ORDERED**

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA